IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WESLEY JOHNSON, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    Case No. 3:11-cv-1087-GPM-DGW |
| C/O CREECH and HARTRIDGE, | ) ) ) |
|     Defendants. | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

On January 31, 2013, Defendants filed a Motion for Summary Judgment (Doc. 34) arguing that Plaintiff has failed to exhaust his administrative remedies. Plaintiff did not file a response within the time allowed by Local Rule 7.1. Therefore, the *Pavey v. Conley* hearing originally set for March 13, 2013 was cancelled and Plaintiff was ordered to show cause, by April 15, 2013, why Defendants' motion should not be granted. Plaintiff responded to the Court's Order on April 1, 2013 (Doc. 37) and filed an exhibit on April 5, 2013 (which appears to be the grievance in question) (Doc. 38). Plaintiff also filed a notice of change of address, to P.O. Box 822, Rockford, Illinois 61105 (Doc. 39). It appears, then, that Plaintiff has been released from prison.

In light of Plaintiff's, albeit tardy, response to the Motion for Summary Judgment, this matter is **SET** for a *Pavey v. Conley* Hearing on **April 26, 2013 at 10:00 a.m.** before Magistrate Judge Wilkerson at the East St. Louis Federal Courthouse. Plaintiff is expected to appear **IN PERSON** and should be prepared to discuss administrative remedies taken in this matter. Plaintiff is **WARNED** that the failure to appear **SHALL** result in a report and recommendation that this matter be dismissed for want of prosecution.

**DATED: April 8, 2013**

                                                                               **DONALD G. WILKERSON**
                                                                               **United States Magistrate Judge**